UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ZENITH ELECTRONICS CORPORATION, | Case No. 5:06-cv-00017-DF |
| Plaintiff, | |
| v. | |
| THOMSON INC.; THOMSON SA; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; KONINKLIJKE PHILIPS ELECTRONICS N.V.; TTE TECHNOLOGY, INCORPORATED; TTE CORPORATION; PIONEER ELECTRONICS (USA), INCORPORATED; AND PIONEER CORPORATION, | |
| Defendants. | |

AGREED ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS: (1) on January 30, 2006, Plaintiff Zenith Electronics Corporation ("Zenith") filed a Complaint with this Court commencing this civil action against, among other parties, Defendant Philips Electronics North America Corporation and Defendant Koninklijke Philips Electronics N.V. (collectively, the "Philips Defendants"); (2) on April 20, 2006, Zenith filed an Amended Complaint against the Philips Defendants and others in this civil action; (3) on May 17, 2006, the Philips Defendants filed a Motion to Dismiss; (4) on June 21, 2006, Zenith filed an Opposition to the Phillips Defendants' Motion to Dismiss; (5) on July 14, 2006, the Philips Defendants filed a Reply In Support of Their Motion to Dismiss; (6) on August 21, 2006, Zenith filed a Second Amended Complaint against the Philips Defendants and others in this civil action; (7) on September 15, 2006, Zenith and the Philips Defendants filed a Stipulation

- 1 -

Regarding Responsive Pleading to the Second Amended Complaint; (8) Zenith and the Philips Defendants have reached a mutually satisfactory resolution of all issues between them that were the subject of this Action; and (9) after considering the Stipulation of Dismissal, the Court is of the opinion that the Stipulation of Dismissal should be granted and therefore, it is hereby:

(1) ORDERED, ADJUDGED, AND DECREED that the action between Zenith and the Philips Defendants be dismissed with prejudice;

(2) ORDERED, ADJUDGED, AND DECREED that each of the parties shall bear its own costs, expenses, and attorney fees associated with the prosecution and defense of this matter;

(3) ORDERED, ADJUDGED, AND DECREED that this Court retains exclusive jurisdiction over this matter for purposes of enforcement of this settlement; and

(4) ORDERED, ADJUDGED, AND DECREED that the unresolved pending Motion to Dismiss as between the settling parties is denied as moot.

IT IS SO ORDERED.

**SIGNED this 16th day of March, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE