UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ZENITH ELECTRONICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THOMSON INC.; THOMSON SA; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; KONINKLIJKE PHILIPS ELECTRONICS N.V.; TTE TECHNOLOGY, INCORPORATED; TTE CORPORATION; PIONEER ELECTRONICS (USA), INCORPORATED; AND PIONEER CORPORATION,<br><br>Defendants. | Case No. 5:06CV17<br>Folsom (Jury) |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS: (1) on January 30, 2006, Plaintiff Zenith Electronics Corporation ("Zenith") filed a Complaint with this Court commencing this civil action against, among other parties, Defendant Pioneer Electronics (USA), Incorporated and Defendant Pioneer Corporation (collectively, the "Pioneer Defendants"); (2) on April 20, 2006, Zenith filed an Amended Complaint against the Pioneer Defendants and others in this civil action; (3) on May 17, 2006, Defendant Pioneer Electronics (USA), Incorporated filed a Motion to Dismiss; (4) on June 19, 2006, Defendant Pioneer Corporation filed a Motion to Dismiss; (5) on June 21, 2006, Zenith filed an Opposition to the Pioneer Defendants' Motion to Dismiss; (6) on July 14, 2006, the Pioneer Defendants filed a Reply In Support of Their Motion to Dismiss; (7) on August 21, 2006, Zenith filed a Second Amended Complaint against the Pioneer Defendants and others in

this civil action; (8) on September 15, 2006, Zenith and the Pioneer Defendants filed a Stipulation Regarding Responsive Pleading to the Second Amended Complaint; (9) Zenith and the Pioneer Defendants have reached a mutually satisfactory resolution of all issues between them that were the subject of this Action; and (10) after considering the Stipulation of Dismissal, the Court is of the opinion that the Stipulation of Dismissal should be granted and therefore, it is hereby:

(1) ORDERED, ADJUDGED, AND DECREED that the action between Zenith and the Pioneer Defendants be dismissed with prejudice;

(2) ORDERED, ADJUDGED, AND DECREED that each of the parties shall bear its own costs, expenses, and attorney fees associated with the prosecution and defense of this matter;

(3) ORDERED, ADJUDGED, AND DECREED that this Court retains exclusive jurisdiction over this matter for purposes of enforcement of this settlement; and

(4) ORDERED, ADJUDGED, AND DECREED that all unresolved pending motions as between the settling parties are denied as moot.

IT IS SO ORDERED.

**SIGNED this 17th day of April, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE