UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ZENITH ELECTRONICS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> THOMSON, INC.; THOMSON SA; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; KONINKLIJKE PHILIPS ELECTRONICS N.V.; TTE TECHNOLOGY, INCORPORATED; TTE CORPORATION; PIONEER ELECTRONICS (USA), INCORPORATED; AND PIONEER CORPORATION, <br><br> Defendants. | Case No. 5:06CV17 <br> Folsom (Jury) |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS: (1) on January 30, 2006, Plaintiff Zenith Electronics Corporation ("Zenith") filed a Complaint for Patent Infringement and Declaratory Judgment with this Court commencing this civil action against, among other parties, Defendant TTE Technology, Incorporated and Defendant TTE Corporation (collectively, the "TTE Defendants"); (2) Zenith filed an Amended Complaint (April 20, 2006) and a Second Amended Complaint (August 21, 2006) against the TTE Defendants and others in this civil action; (3) the TTE Defendants filed an Answer to Amended Complaint, Affirmative Defenses, and Counterclaims (July 24, 2006,) and an Answer to Second Amended Complaint, Affirmative Defenses, and Counterclaims (September 5, 2006); (4) Zenith and the TTE Defendants have reached a mutually satisfactory resolution of all issues between them that were the subject of the above captioned action; and (5)

after considering the Stipulation of Dismissal, the Court is of the opinion that the Stipulation of Dismissal should be granted and therefore, it is hereby:

(1) ORDERED, ADJUDGED, AND DECREED that the action between Zenith and the TTE Defendants be dismissed with prejudice;

(2) ORDERED, ADJUDGED, AND DECREED that each of the parties shall bear its own costs, expenses, and attorney fees associated with the prosecution and defense of this matter;

(3) ORDERED, ADJUDGED, AND DECREED that this Court retains exclusive jurisdiction over this matter for purposes of enforcement of this settlement; and

(4) ORDERED, ADJUDGED, AND DECREED that all unresolved pending motions as between the settling parties are denied as moot.

IT IS SO ORDERED.

**SIGNED this 31st day of July, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE